UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-14056-CIV-ROSENBERG/MAYNARD

GEORGE FRIEDEL,

    Plaintiff,

v.

PARK PLACE COMMUNITY, LLC,

    Defendant.
_____/



### ORDER ON PLAINTIFF'S MOTION TO COMPEL (DE 13)

**THIS CAUSE** comes before this Court upon the above Motion. Having reviewed the Motion, Response, and Rely, this Court finds as follows:

    1.    The Plaintiff alleges that the Defendant community association violated his fair housing rights when it sought to evict him for the behavior of his assistance dog. At issue here are three particular discovery requests that the Plaintiff had sent to the Defendant.

    2.    The first discovery request in dispute is Interrogatory Request No. 4. As originally worded, that request asked the Defendant to identify all administrative and civil legal actions in which it was a party going back ten years. That request since has been narrowed down to prior discriminatory actions going back five years. For its answer the Defendant relies on the testimony that its retired property manager gave

at her deposition. The retired property manager appeared in the role of the Defendant's corporate representative, and presumably therefore she answered this same question on the Defendant's behalf. Nevertheless, for the sake of clarity, the Defendant shall formally answer this request even if its answer turns out to be redundant to the deposition testimony. The Defendant shall use this opportunity to supplement the corporate representative's answer if the Defendant learns of any additional legal action that is responsive to this request in its narrowed-down form.

3. The other two requests in dispute----Interrogatory No. 2 and an unnumbered request for production---are now moot. It appears that the Defendant has answered both sufficiently for present purposes.

4. This Court turns next to some procedural issues. The Plaintiff propounded the discovery requests back on April 9, 2017. The Defendant did not answer them at all until May 12th. It was not until June 7th when the Defendant began addressing the subject matter of the one disputed request for production. It is unclear why it took so long to bring these three discovery disputes---each of which was relatively straightforward and relevant to the litigation subject matter---to resolution. In any event the discovery deadline of June 16, 2017 now has passed.

**ORDERED AND ADJUDGED** that the Motion to Compel (DE 13) is **GRANTED in limited part.** The Defendant shall formally answer Interrogatory No. 4, supplementing the answer of its corporate representative if need be. The Defendant shall do so by **MONDAY, JULY 10, 2017.** Otherwise the Motion is denied as moot.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 30th day of June, 2017.

_____
SHANIEK M. MAYNARD
UNITED STATES MAGISTRATE JUDGE