UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 2:17-CV-14056-ROSENBERG

GEORGE FRIEDEL
    Plaintiff,

vs.

PARK PLACE COMMUNITY, LLC

    Defendants.
_____/

DECLARATION OF CECELIA SUMNER

Pursuant to 28 U.S.C. § 1746, CECELIA SUMNER declares as follows:

1. My name is Cecelia Sumner. I have personal knowledge of the facts contained in this affidavit and am otherwise competent to testify as to the facts contained in this affidavit.

2. I am over 18 years old.

3. I am the owner of Best Behavior Pet Training, and a Certified Professional Dog Trainer with more than 12 years of experience in helping people train their dogs.

4. I was hired by Mr. and Mrs. Friedel to help them address the problem of her dog Maggie lunging and barking at small dogs, especially small dogs on retractable leashes.

5. My observation of Maggie's behavior towards small dogs is that it is based upon anxiety she feels when they approach rather than aggression. This anxiety is the result of repeated exposure to inappropriate behavior of uncontrolled and poorly mannered small dogs.

6. Based upon my advise the Friedels walk Maggie with a "head collar" also called a gentle leader. This allows this much better control when Maggie is being walked.

7. I have worked with the Friedels to help them recognize the signs that Maggie is getting anxious early so that they can intervene before she becomes more agitated. We have also worked on habituating Maggie to small dogs and teaching her to ignore them by rewarding her when she does so. We used both Behavioral Adjustment Therapy and Constructional Aggression Treatment, both techniques widely recognized in the dog training community as methods to address on leash reactivity in dogs.

8. When I first began working with Maggie she was very reactive to small dogs. We have since had 9 sessions, and I have seen marked improvement. For example, Maggie has been able to walk calmly within 6 feet of a small dog. We have gone on walks in Park Place were small dogs have barked at Maggie and she has walked by without reacting. Maggie has been on walks w/a 35# dog that were companionable, the dogs walked in a relaxed fashion side by side with intermittent contact with no reaction.

9. The Friedels are continuing to work with Maggie under my direction. In the fall when more people and dogs are present we will continue training. Again, The Friedel's will consistently use the Gentle Leader headcollar to maintain control of Maggie in the instance a dog aggresses toward her.

10. Since the incident when Maggie pushed out the screen door and was in a scuffle with another dog the Friedels had a gate installed between their living area and the front door to minimize the risk of another accidental escape by Maggie.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 20th day of July, 2017.

*Cecelia Sumner*
Cecelia Sumner