---------- Original Message ----------
From: marcy@floridaanimallawyer.com
To: PJamar@suncommunities.com
Date: January 12, 2017 at 11:46 AM
Subject: George Friedel


To whom it may concern: I represent George Friedel in reference to his emotional support animal Maggie. Please see the attached letter from my client's physician verifying his need to live with Maggie as his emotional support animal. Because Maggie is an assistance animal Mr. Friedel's right to live with her is protected by the fair housing act. Maggie is a friendly dog that does not pose any threat to anyone, and effort to remove Maggie will be met with a prompt claim for disability discrimination. Please be in touch if I may provide any additional information regarding this matter.
 Marcy I. LaHart, Esq.
marcy@floridaanimallawyer.com
352-224-5699
facsimile 888-400-1464