**GUILLERMO F. MOREL, M.D.**
*Internal Medicine – Board Certified*
*Geriatric Medicine – Board Certified*

13230 Sebastian, Fl 32958
Telephone (772) 589-0300
Fax (772) 589-4550

January 11, 2017

To Whom It May Concern:

Re: Mr. George Friedel          DOB 02/06/1938

I am a physician, specializing in Geriatrics and Internal Medicine, with twenty six years of experience in my field. George Friedel is my patient, and has been under my care for a year. I am familiar with his medical history and current condition. He suffers from several chronic medical conditions including coronary atherosclerosis and heart failure.

Mr. Friedel has a history of suffering from Major Depression, and has recently shown symptoms of relapse. During his last two visits, he showed symptoms of psychological stress, with symptoms suggesting a recurrence of his depression. This condition substantially limits his daily function, including cognition and self-care.

It is my professional opinion that Mr. Friedel requires the ability to continue living with his dog Maggie as an emotional support animal. Maggie provides him companionship and affection that are integral to maintaining his mental health. Living with Maggie ameliorates his symptoms of depression; multiple studies has shown that active depression is associated with poorer outcomes of patient with cardiovascular conditions, including increased mortality. The relationship with Maggie is therapeutic because of the bond that has formed between the two of them over a decade. Being separated from Maggie would be extremely detrimental to my patient's physical and mental health.

Sincerely,

Guillermo F. Morel, MD
Internal Medicine/Geriatrics
Florida Lic. ME 91772