UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 2:17-CV-14056-ROSENBERG/LYNCH

GEORGE FRIEDEL,

 PLAINTIFF,

vs.

PARK PLACE COMMUNITY, LLC,

 DEFENDANT.

---

DEPOSITION OF CECELIA SUMNER

DATE:    JUNE 13, 2017

TIME:    12:50 P.M. - 1:40 P.M.

PLACE:   PARK PLACE
       1001 WEST LAKEVIEW DRIVE
       SEBASTIAN, FLORIDA 32958

TAKEN BY:  DEFENDANT

REPORTER:  STACEY BARKLEY, COURT REPORTER,
       NOTARY PUBLIC OF THE STATE OF
       FLORIDA AT LARGE

**ORIGINAL**

APPEARANCES:

FOR PLAINTIFF: MARCY I. LAHART, P.A.
       4804 SW 45TH STREET
       GAINESVILLE, FLORIDA 32608
       BY: MARCY I. LAHART, ESQUIRE

FOR DEFENDANT: ATLAS LAW
       1701 NORTH 20TH STREET, SUITE B
       TAMPA, FLORIDA 33605
       BY: BRIAN C. CHASE, ESQUIRE

ALSO PRESENT: GEORGE AND KATHLEEN FRIEDEL

Page 2

1                        I N D E X

2

EXAMINATION                                    PAGE

3

DIRECT EXAMINATION By MR. CHASE..................3

4

CROSS-EXAMINATION By MS. LAHART................40

5

6  EXHIBITS

7  (None received)

8

9

CERTIFICATE

10

11  CERTIFICATE OF OATH............................45

12  CERTIFICATE OF REPORTER.......................46

13  ERRATA SHEET..................................47

14  NOTIFICATION LETTER...........................48

15

16

17

18

19

20

21

22

23

24

25

```
 1  AND THEREUPON,

 2                    CECELIA SUMNER,

 3  called as a witness on behalf of the Respondent/Mother

 4  herein, after having been first duly sworn, was examined

 5  and testified as follows:

 6                    THE WITNESS:  Yes.

 7                    DIRECT EXAMINATION

 8  BY MR. CHASE:

 9      Q.   Good afternoon.  Can you state your name for

10  the record, please?

11      A.   Cecelia Sumner.

12      Q.   And, Ms. Sumner, have you had your deposition

13  taken before?

14      A.   Not any time in recent history.

15      Q.   Okay.  I am going to go over a few ground

16  rules.

17      A.   Okay.

18      Q.   The first is, the court reporter is writing

19  down everything that both you and I say.  So the first

20  thing I'll say is, I am going to be asking a question.

21  I'll ask that you wait until I finish the entire question

22  and then answer it.  If you talk while she's typing and

23  I'm talking at the same time, it's hard for her to get

24  that down.

25                The other item I'll say is, if you are going to
```

1    answer questions that are yes or no, that you use a

2    verbal yes or no.  Shaking or nodding your head is

3    impossible to record via the court reporter.  Also, using

4    uh-huh and uh-uh, they look the same when you write them

5    down, so it's difficult to say.  So I'll ask for a yes or

6    a no if you answer yes or no questions.  If I ask you a

7    question today, this isn't -- I'm not Matlock.  This

8    isn't Perry Mason.  There's no aha moments.  I'm just

9    trying to get facts out.  And this is our opportunity to

10   ask you facts without actually going to trial yet.

11         So if I ask you a question that you think is

12   confusing or you don't understand, let me know and I'll

13   do my best to make sure that I rephrase it so that you do

14   understand it.  But if you do answer a question, I am

15   going to assume that you understood the question that was

16   being asked.  Is that fair?

17         A.    Yes.

18         Q.    Okay.  If at any time you need a break -- this

19   should be a relatively shorter deposition as they go.

20   But if you need a break for any reason, that's fine.

21   Just let me know.  The only thing I'll ask is if there's

22   a question pending, that you just answer that question

23   and then we'll go ahead and take a break.  Okay?

24         A.    Yep.

25         Q.    All right.

1      A.    Sounds good.

2      Q.    Are you under the influence of any drug,

3   alcohol, anything that would affect your ability to

4   testify here today?

5      A.    No.

6      Q.    What do you do for a living?

7      A.    I am a dog trainer and behavior specialist.

8      Q.    Do you own your own company or do you work for

9   a company?

10      A.    It's a limited liability company, so it's mine.

11      Q.    And you are the sole owner?

12      A.    I am.

13      Q.    What is the name of that business entity?

14      A.    Best Behavior Pet Training, LLC.

15      Q.    And what is the business address for Best

16   Behavior Pet Training?

17      A.    2335 81st Court.  It's Vero Beach 32966.

18      Q.    And how long have you owned Best Behavior Pet

19   Training, LLC?

20      A.    Approximately 15 years.  About a year and a

21   half ago it went from Best Behavior Dog Training to Best

22   Behavior Pet Training, because we branched out to other

23   animals.  I don't know if that's important to note.

24      Q.    So it's been Best Behavior Pet Training for 15

25   years?

1     A.   It was Best Behavior Dog Training until about a

2   year and a half ago.  Then it just changed to Best

3   Behavior Pet Training.  We do cats and birds as well now.

4     Q.   Are there any other people who work for Best

5   Behavior Pet Training who train animals?

6     A.   Yes.

7     Q.   How many other people are trainers?

8     A.   Two.   They are independent contractors.   I

9   don't know if that matters.

10     Q.   No.   It's helpful, so thank you.   So it is you

11   and then you have two independent contractors who assist

12   you?

13     A.   Yes.

14     Q.   So you've had Best Behavior, in one form or

15   another, for 15 years?

16     A.   Correct.

17     Q.   Prior to that were you a dog trainer or an

18   animal trainer as well?

19     A.   No.

20     Q.   So what were you prior to owning Best Behavior

21   Pet Training?

22     A.   I did a lot of retail, about 25, 30 years of

23   retail.

24     Q.   And then decided one day, I like animals?

25     A.   No.   I adopted a really horrible dog from the

1    shelter.  And I got some really bad advice that made her

2    worse.  Then I decided I needed to fix her.  So I learned

3    how to fix her.  And then people approached me and said

4    would I help them?  And I said, sure.  Then I found out

5    you could do this for a living.  Who knew?

6         Q.   Excellent.

7         A.   I think so.

8         Q.   So what kind of certificates, if any, do you

9    have as an animal trainer?

10        A.   I have four certifications.  I'm a certified

11   professional dog trainer knowledge assessed.  I am also a

12   certified professional dog trainer skills assessed, a

13   certified behavior consultant for K-9 knowledge assessed

14   and also professional K-9 trainer assessed.

15        Q.   And what's the difference between those?

16        A.   The first one, the knowledge assessment is

17   really just a minimal competency exam, written 250

18   multiple-choice questions.  And the second one is skills

19   assessment where you video yourself training four skills

20   and you're evaluated by your peers.

21             The behavior consultant required 500 hours of

22   hands-on behavior training.  The difference between

23   training, training and behavior training is training is

24   skills like sit, down, stay, come.  Behavior is changing

25   emotions, so much more challenging, because you're trying

1  to figure out what the dog's motivation is and then

2  trying to find a way to change it.  And then the

3  professional K-9 trainer assessed is really just another

4  competency exam.

5      Q.   And who or what administers these tasks?

6      A.   The first three are the Certification Council

7  for Professional Dog Trainers.  And that actually used to

8  be ICE, but now it's something else.  But it's recognized

9  by the same organizations that do like electrical,

10  electrician type certifications, that sort of thing.  And

11  other one is by the Professional Guild, PCTA.  And that's

12  force-free dog training -- or animal training

13  organization.

14      Q.   And it's -- do you need any licensure with the

15  state of Florida?

16      A.   No, you don't.

17      Q.   Do you need any local licensure?

18      A.   Just a business license.

19      Q.   And that's pretty much it.  And then you can

20  open up as a dog trainer if you wanted to?

21      A.   Sadly, that's true.

22      Q.   So I know you're licensed in these different

23  items.  It sounds like the initial obedience training,

24  sit, stay, come, that sort of thing, correct?

25      A.   Yes.

Page 9

1   Q.   And then you also, it would seem, change dogs'

2   bad behavior.  Would that be accurate to say?

3   A.   Yes.

4   Q.   So do you do all that training or do you limit

5   yourself to one of those more than the other?

6   A.   I personally prefer doing the behavior cases.

7   But the bulk of my business is probably just training.

8   So I do a lot of that as well.

9   Q.   Do you do anything with -- and you said K-9.

10  I'll assume that you just simply mean K-9 as in dog, not

11  K-9 police unit; is that correct?

12  A.   Correct.

13  Q.   Okay.  Do you do anything with training of

14  seizure detection dogs?

15  A.   I have not.

16  Q.   What about drug recognition dogs, anything like

17  that?

18  A.   No.

19  Q.   And then what about training for aggressive

20  dogs and changing their behavior?

21  A.   Lots.

22  Q.   So that's what you do?

23  A.   Well, part of what I do, yes.

24  Q.   Okay.  In addition to the obedience?

25  A.   Correct.

1    Q.    Is it primarily dogs or do you also work with

2  cats, birds, other animals?

3    A.    It's primary dogs.  But we do cats and birds as

4  well.

5    Q.    Do you do that or do the independent

6  contractors handle that generally?

7    A.    Independent contractor does the birds and we

8  share the cats, depending on the situation.  She's more

9  experienced, but I'm pretty good at it too.

10    Q.    I would like for you to tell me, because I

11  don't know anything about dog training, I have never --

12  I've had cats, a couple, but I've never owned a dog.  So

13  tell me about what your standard methods or course of

14  training is for a dog that displays aggressive behavior.

15    A.    Well, unfortunately, there's not really a

16  standard.  Usually what I do is I go in and take a

17  behavioral history.  And while I'm doing that, I observe

18  the dog in the home and its relationship with its people.

19  And then from there, after taking the history, I start to

20  develop what I think is the most likely cause of the

21  issues.  Sometimes aggression is based through fear.  A

22  majority of the time it is.

23            So I have to make a prognosis about that and

24  then try it out and see if I'm right.  So it really --

25  it's a big dog trainer thing, it depends.  But it really

1    just depends on the dog.  It depends on the people, what

2    they're capable of doing and finding a way to balance it

3    out so the dog and the humans can be successful.

4         Q.    Every situation you go into there's a, you meet

5    with the owners first, I would imagine, and discuss the

6    issues with them.  What issues are you having with your

7    animal?

8         A.    It usually starts with a phone call.  I try not

9    to get too in detail on the phone call.  Because I find a

10   lot of K-9 behavior is, for me, is observational.  So I

11   need to see it to know what's really going on.  We, as

12   humans, put a lot of our emotions into what a dog is

13   doing.  But that may or may not be the actuality.  It's

14   just how we feel, not what the dog is actually showing.

15   So I try to read the individual animal based on the

16   evidence right in front of me.  I mean, prior knowledge

17   is important, but you have to get the human bias out of

18   it.

19        Q.    So much like a car, I can't just call up my

20   mechanic say, hey, what's wrong with my car?  Usually

21   they would have to say, I need you to bring it in and I

22   need to do a diagnostic on it?

23        A.    Exactly.

24        Q.    So you typically do the diagnostic or determine

25   what you think the course of action needs to be by going

1    to the home and observing the animal there, correct?

2         A.   Yes.

3         Q.   So once you go and you observe the animal in

4    its environment, and I'm sure you may say it depends on

5    this, how long does a training take if a dog is acting

6    aggressive?  How often would you need to train it in

7    order to alter its behavior?

8         A.   That truly is a bit it depends.  It's such a

9    wide variety of the scale of what can happen, what an

10   aggressive behavior might be.  Sometimes it's just lot of

11   noise.  Sometimes it's actually a bite.  So there's a

12   huge variety there.  So I can't really tell you a time

13   frame.  I usually work with a client for about an hour at

14   a time.  I don't know if this really answers your

15   question, but I'm trying.  And then I give them homework.

16   And then typically with an aggression case, I would see

17   them within the next week with feedback along the way.  I

18   may call once or twice or trade some e-mails to see how

19   things are going and then come back the next week,

20   evaluate any progress or lack thereof and reassess at

21   that moment and continue forward.

22        Q.   And at some point do you say, hey, training is

23   really no longer necessary?  We've assisted the dog to

24   the best -- or the animal to the best that we can and

25   your dog is now exhibiting fewer symptoms of aggression

1  or no symptoms of aggression. So we are done here. You

2  call me when there's problems. Or is it a situation

3  where you say, look, follow up with me every month, two

4  months, six months? In other words, do you ever say, all

5  right, we've designated a course of treatment for this

6  dog, we've run through it and we are now complete with

7  our course of treatment and you're good to go?

8      A.  That does happen.

9      Q.  Okay. But what do you think is the most common

10  scenario? In other words, do you continue to provide

11  training for folks on an ongoing basis?

12      A.  It may not be in person. But I'm always

13  available for my clients. It's kind of a lifetime

14  commitment, the dog's lifetime anyway, and always being

15  there as a resource for them.

16          Behavior, I don't get too much into

17  neurobiology, but it tends to go in chunks where the

18  trigger is A, and it goes through a whole series of

19  events. It always follows the same pattern. So part of

20  what I do is not allow that behavior chain to begin and

21  teach my clients how to avoid it. But if they're not

22  careful and they get in a bad situation or a situation

23  where too much of the dog's triggers and stressors

24  accumulate, then they may have another aggressive

25  display, in which case they might need to see me again or

1    we may need to re-evaluate.  But the majority of my goal

2    is to keep the dog below the threshold at which it acts

3    aggressively, either fearfully or not, and to make sure

4    that my clients can recognize those symptoms and signs

5    and know what to do to avoid them and prevent them.

6        Q.    Okay.  Now, let's talk specifically about

7    Maggie, who is the dog that is part of this case.  When

8    did you first meet Maggie?

9        A.    I actually think I met them the first time in

10   January of 2016.

11       Q.    And do you recall how that meeting came to be?

12       A.    Yeah.  The Friedels contacted me.  They had a

13   complaint in the neighborhood about Maggie acting

14   aggressively to smaller dogs when she was on the leash.

15   I believe, at that point, she had either gotten out -- I

16   do think she had gotten out and scared somebody.  I don't

17   know that there was actual contact.

18       Q.    So they contacted you?

19       A.    Yes.

20       Q.    And, to your recollection, that is what they

21   told you happened?

22       A.    Correct.

23       Q.    So I would assume that you then went out and

24   actually met with them in person, correct?

25       A.    I did.

Page 15

```
 1        Q.   Do you recall the specific date of that first
 2   meeting?
 3        A.   I think I have it written down here.  It was
 4   January 14, 2016.
 5        Q.   I'm going to show you a document.  I might as
 6   well move forward.  I am going to show that document to
 7   you.  Do you recognize this document?
 8        A.   Yes.  I sent it to you.
 9        Q.   Okay.  So this is the K-9 behavior case study?
10        A.   Correct.
11        Q.   So in answering those questions that you were
12   just a couple minutes ago about when you first met them,
13   you were referring to this, correct?
14        A.   Correct.
15        Q.   You don't have any other documents in writing
16   regarding Mr. and Mrs. Friedel or Maggie; would that be
17   accurate?
18        A.   I don't know.  I mean, I have my handwritten
19   scribbled notes.  But I don't have those with me.
20        Q.   Would those handwritten scribbled notes be
21   incorporated into this case study, do you believe?
22        A.   Absolutely, yes.
23        Q.   So nothing major else is out there.  This is
24   the --
25        A.   Correct.
```

1    Q.    -- definitive document regarding Maggie?  Okay.

2    So as you indicated, you met with them in 2016 and

3    conducted an assessment of Maggie?

4    A.    Uh-huh.

5    Q.    Do you recall specifically what your assessment

6    was with regard to Maggie?  What were your impressions?

7    A.    At that point in time, I would say that Maggie

8    was pretty anxious.  She was moving around a lot.  She

9    was not calm in her house.  But I will tell you that the

10   household was not calm either.  We worked on trying to

11   get her, and they had a different dog at the time, Riley,

12   to lay down and relax near the door.  A lot of what she

13   did was scan out the door to see if there was a dog out

14   there so she could bark.  I wanted to stop that behavior.

15   I made some suggestions about equipment, about putting up

16   gates so the dogs didn't have access to the front door

17   anymore and had planned on doing continued training where

18   we introduce her to another dog at a distance to see what

19   her reaction would be.

20   Q.    So did the Friedels express to you that they

21   thought that Maggie had a problem with smaller dogs or

22   did that just come from your observations?

23   A.    That's what they told me.

24   Q.    And did your observations confirm that?

25   A.    At that point, I didn't even see her around

 1    another dog.

 2        Q.    So there was no way to know at that point

 3    whether she had problems with smaller dogs or if there

 4    was a different problem?

 5        A.    Correct.

 6        Q.    And so at that first meeting, did you conduct

 7    any training with Maggie?

 8        A.    Yes.

 9        Q.    What specifically do you recall that you did?

10        A.    We worked on relaxing on the mat by the front

11    door.

12        Q.    So kind of in the house?

13        A.    Correct.

14        Q.    You didn't necessarily go outside and encounter

15    any other people or animals?

16        A.    Right.  Yes.

17        Q.    About how long do you think that first session

18    lasted?

19        A.    It was approximately an hour.

20        Q.    And there's -- in your K-9 behavior case study,

21    there's a lot of background information up front, the

22    details of the other pet in the household, the people in

23    the household, the background about the dog.  Would this

24    have been provided to you by Mr. and Mrs. Friedel at that

25    first meeting?

1      A.    Yes.

2      Q.    And also with regard to the details of the

3  inappropriate behavior, the fact that it states Maggie is

4  reactive to other dogs, particularly small dogs and dogs

5  that show aggressive displays towards her, is that what

6  the Friedels told you or is that what you observed?

7      A.    That's what they told me.

8      Q.    So I want -- if you wouldn't mind, would you

9  turn to the observation during consult?  It's at the

10 bottom of, I don't have these pages numbered, but it

11 looks like the third page.

12     A.    I got it.

13     Q.    So these are notes regarding your first session

14 on January 16 of 2016.  You indicate the owners weren't

15 attentive, that they were making dinner plans and

16 chatting with a neighbor.  How did that affect your

17 ability to work with Maggie?

18     A.    I was quite frustrated.  Because I felt like

19 the situation was serious and I did not have their

20 attention.

21     Q.    And so did you make plans to return?

22     A.    Yes.  I had scheduled another appointment

23 approximately a week after that.

24     Q.    And had you given them homework on the 16th

25 when you went and visited them?

1    A.    Yes.

2    Q.    What did that homework consist of?

3    A.    Mostly relaxation on the mat, using the Gentle

4  Leader head collar, not using a retractable leash and

5  avoiding other dogs at that stage if at all possible.

6    Q.    At that point were they using a retractable

7  leash when they walked Maggie?

8    A.    I believe so.

9    Q.    And you said avoiding other dogs.  Was that

10  just until she received training?

11    A.    Correct.

12    Q.    Now, do you know whether or not they walked

13  Maggie outside after the January 16, 2016 meeting with

14  you, but before the dog attack the following week?

15    A.    I actually don't know that.

16    Q.    The notes indicate here, and I'll quote from

17  here, there was another incident after I saw them where

18  Maggie pushed out the front door and chased down a dog --

19  chased a dog down the street.  My question to you is:

20  What do you mean by another incident?

21    A.    My understanding was they contacted me because

22  there was an initial incident where, I don't know if she

23  had contact with the other dog, but she frightened

24  another dog.

25    Q.    So aside from the initial reason that they

Page 20

1   called you and then the dog attack that you reference in

2   here where Maggie pushed out the front door, are you

3   aware of any other incidents or attacks that involve

4   Maggie?

5        A.   No.   I would say that she is reactive on the

6   leash, which means she can jump up and down and be scary.

7   But I don't believe there was any other contact with

8   other dogs.

9        Q.   Did Mr. and Mrs. Friedel indicate to you that

10  prior to the January 2016 attack that there had been any

11  other attacks involving Maggie?

12       A.   I don't believe so.

13       Q.   So, again, this states that there was an

14  incident where Maggie pushed out the front door and

15  chased a dog down the street.   Did Mr. and Mrs. Friedel

16  provide you those details?

17       A.   Yes.

18       Q.   So to the best of your knowledge, Maggie had

19  just gotten out the front door and that's why she was off

20  leash; is that accurate?

21       A.   Right.

22       Q.   That's what they told you?

23       A.   Yes.

24       Q.   But you don't have any firsthand knowledge

25  regarding that?

1    A.    No.   I was not there.

2    Q.    Under perceptions of owner and owner compliance

3    on the next page, it indicates see above.   They failed to

4    latch the door.   When did they fail to latch the door?

5    A.    The day Maggie pushed out and chased the other

6    dog.

7    Q.    That wasn't when you were there observing

8    them --

9    A.    No.

10    Q.    -- that the door was unlatched?

11    A.    No.

12    Q.    That had to do with the incident involving

13    the --

14    A.    Correct.

15    Q.    -- other dog?   So after you met with them in

16    January, they then contacted you and said that Maggie was

17    involved in an incident with another dog.   What happened

18    after that?

19    A.    Even in our initial contact they said that they

20    wanted -- they were thinking about rehoming her, that

21    that was one of the choices that they faced.   And when

22    they called me to cancel that second appointment, they

23    said they had rehomed her, I believe, with one of their

24    adult sons.

25    Q.    So you said, all right.   Well, I guess you

1   don't need my services anymore, correct?

2       A.   Yes.   Particularly because she was out of

3   state.

4       Q.   You are not traveling out of state to do

5   training?

6       A.   I do Skype stuff, but I didn't with them.

7       Q.   When is the next time that Mr. and Mrs. Friedel

8   contacted you?

9       A.   Just a couple months ago, in April of this

10  year.

11      Q.   So I see a note in here indicating on follow-up

12  progress report, the Friedels reached out to me again in

13  April of 2017.   Was it Mr. and Mrs. Friedel that actually

14  reached out to you and gave you a phone call?

15      A.   I think Mr. Friedel was actually the person

16  that called me.

17      Q.   And so what did they -- how did that phone call

18  go?   What did they ask from you?

19      A.   They told me they had Maggie back.   And I did

20  not know that, so that was a surprise and that evidently

21  they had her back for several months.   But just recently

22  a neighbor realized that this was not their old dog

23  Riley, but Maggie back in town and had lodged a

24  complaint.   And they wanted to see if we can do some

25  training to help mitigate everything.

Page 23

1       Q.     Did they advise you there was an active lawsuit

2   regarding Maggie at that time?

3       A.     Yeah, they did.

4       Q.     Did you speak at all with Ms. LaHart about the

5   lawsuit?

6       A.     We spoke a couple of times.  Although, I don't

7   believe I did back then.  It's been more recently.

8       Q.     Can you tell me the nature of those

9   conversations?

10      A.     Very casual, just general information

11  gathering.

12      Q.     Questions about what kind of training you were

13  doing?

14      A.     Just in a really general way.  We didn't really

15  talk specifics about what we were teaching or anything.

16      Q.     Anything else in any conversations between the

17  two of you?

18      A.     I don't think so.

19      Q.     Did you talk with Ms. LaHart before your

20  deposition today?

21      A.     I did.

22      Q.     Did you ask about your deposition?

23      A.     I don't really think so, just general terms,

24  where was I going to be?

25      Q.     Okay.  Now, when they asked you to begin

1    training Maggie in April of 2017, I'm going to assume

2    that you agreed; would that be accurate?

3        A.    Yes.

4        Q.    And so you are currently actively training

5    Maggie; is that also accurate?

6        A.    Yes.

7        Q.    All right.  So when was the first time you went

8    back out to visit with them and train Maggie?

9        A.    On the 20th.

10       Q.    The 20th of?

11       A.    April.

12       Q.    That's in your notes here, the 4/20/17.  Our

13   first visit was on neutral territory, what does that

14   mean?

15       A.    I didn't want to meet in the park.  Because I

16   was not sure if I could get a good assessment of Maggie's

17   behavior, given the random nature of events in a

18   manufactured home park.  There's always a lot people

19   about.  There's always a lot of dogs about.  Quite

20   frequently, the other dogs aren't particularly under

21   control.  So it can have an adverse affect on my

22   assessment.

23       Q.    So where did you meet with them?

24       A.    We met at Treasure Coast Animal Emergency

25   Hospital.  Do you need the address?

1    Q.   No.   That's fine.   So I would assume then at

2  Treasure Coast there are less distractions than there

3  would be in the mobile home park?

4    A.   Yeah.   It's about a six-acre field.   And I have

5  pretty much the only access to it, within reason.

6    Q.   Now, you indicate in your notes that you

7  discussed using the Gentle Leader head collar for Maggie

8  every time she's out of the house.   What's a Gentle

9  Leader head collar?

10    A.   Similar to a halter on a horse.   So it gives

11  you control of the head with the idea, if you control the

12  head, you can control the body.   It gives the handler or

13  the owner a lot more ability to maintain control of the

14  dog.

15    Q.   Do you just attach a leash to it or does it

16  come with a leash attached to it?

17    A.   You attach a leash to it.

18    Q.   Were you recommending a retractable leash or --

19    A.   Six foot leash only.

20    Q.   Six foot leash only?

21    A.   Yeah.

22    Q.   And you indicated in here you introduced one of

23  your dogs to ascertain Maggie's reaction?

24    A.   Yes.

25    Q.   What kind of dog did you present to her?

1     A.    That's a really interesting question.  He's

2   about a 35-pound black and white something, just a little

3   mix breed.

4     Q.    Kind of a mutt sort of?

5     A.    Yeah.

6     Q.    And then you say, she became hyperfocused

7   almost immediately.  What does that -- I don't know what

8   that means for a dog, if they become hyperfocused, if

9   they're just really interested or is that a problem?

10    A.    It depends.  So a lot of dogs, when they see

11  another dog, are very interested.  When I use the term

12  hyperfocused, in Maggie's case, it meant that she was

13  staring.  She was still in her body.  And you could have

14  drawn a straight line from her nose all the way through

15  her tail.  So she was very aligned towards my dog in what

16  you would consider a precursor to aggressive posture.

17    Q.    So Maggie was uncomfortable at the presence of

18  the other dog?

19    A.    Yes.

20    Q.    That would be fair to say, yes?

21    A.    Yes.

22    Q.    Then you say you did constructional aggression

23  treatment?

24    A.    Yeah.  It's called CAT for short.

25    Q.    That's interesting.  You're training a dog

1   using CAT.

2        A.    There's also BAT.  But I didn't use it in this

3   case.

4        Q.    What is that?

5        A.    Constructional aggression treatment, basically

6   you're using distance to keep the dog calm.  So, in

7   theory, when Maggie presented with that stiff body

8   language -- this is actually not in theory.  This is

9   exactly what I did.  I stood there with my dog until

10  Maggie offered something called a calming signal, where

11  she initiated a break off of contact; she looked away,

12  she sniffed the ground, she yawned, something in doggie

13  language we call calming signals.

14        When she offered me that calmer choice of

15  behavior, I actually moved my dog away as a reward.

16  Because what they consider those things all to be are

17  distance increasing signs, a sign the dog that you're

18  assessing needs more distance.  And by moving my dog and

19  giving her more distance, I was actually rewarding her

20  for showing me a signal that she was willing to

21  disengage.

22        Q.    Okay.  You indicate that within the first

23  session, you were able to close the distance and walk the

24  dogs side by side?

25        A.    Yes.

1     Q.   And it says, Maggie was not comfortable meeting

2   my dog nose to nose.  What's the importance of dogs

3   meeting nose to nose?

4     A.   In all honesty, it's really the worst way to

5   introduce dogs, but it's how most people do it.  Because

6   when you're walking on a leash, that's what hits first,

7   the nose-to-nose.  If you were a polite dog, you would

8   sniff a butt.  But we never give them a chance to do

9   that.  So both dogs were on leashes.  We walked together.

10  They came up nose to nose.  I actually think my dog

11  reacted first.  Maggie did put her head over his back,

12  which is another little sign that she was asserting

13  herself.  He said, no, you're not going to do that.  And

14  that was about how long the whole thing lasted, about two

15  seconds.  And then they walked together afterwards with

16  no problem.

17    Q.   So how long would you say that session lasted?

18    A.   The actual CAT part of the session probably

19  lasted about 30 minutes.

20    Q.   The total session was?

21    A.   About an hour.

22    Q.   Then it indicates on the report, it says on

23  4/27/17, this time it sounds like you met at the

24  Friedels' home?

25    A.   We did.

1      Q.    And tell me about that second session, what you

2    did and the training that Maggie received.

3      A.    Well, a big part of solving these kind of

4    problems is management and preventing the dog from

5    continuing to practice its bad behavior.  So I was really

6    glad to see that they had the Gentle Leader and a regular

7    leash right by the door, that they put a baby gate up so

8    Maggie didn't have access to the door anymore so she

9    couldn't push her way out.

10           Then we worked on just getting -- George worked

11   with me that day, more comfortable walking around,

12   practicing the actual physical procedures you do when

13   another dog came along.  In the moment of excitement when

14   your dog is reacting, it's hard to remember what to do.

15   But if you have rehearsed it physically, those little

16   muscle memories stay with you and you are much more

17   likely to succeed.

18      Q.    Going back to the session that was on 20th, who

19   attended that session?

20      A.    George.

21      Q.    George?

22      A.    Yes.

23      Q.    But not Mrs. Friedel?

24      A.    No.

25      Q.    Okay.  Then on the 27th, was that both Mr. and

1  Mrs. Friedel?

2      A.    They were both there.  But I think George was

3  the only one that walked with me.

4      Q.    And then again, there's notes on 5/2,

5  indicating you met at the Friedels' and there was another

6  dog staying with them.  Do you know whose dog that was?

7      A.    I think it's their sister or sister-in-law's

8  dog, nice black lab.  I was very surprised to see another

9  dog in the home.  They were perfectly fine.

10      Q.    That dog is in addition to the dog that already

11  lives with Maggie?

12      A.    Yes.

13      Q.    What is the name of the other dog that lives

14  with Maggie?

15      A.    MacGregor.

16      Q.    How old is MacGregor?

17      A.    I am going to guess eight months, somewhere in

18  that vicinity.

19      Q.    When you met Mr. and Mrs. Friedel, obviously,

20  they didn't have MacGregor then, correct?

21      A.    The first time I met them, no.  They had a

22  different dog, Riley, who passed away.  In the meantime,

23  they got MacGregor.  And those two dogs seem fine, Maggie

24  and MacGreggor.

25      Q.    What kind of dog is MacGreggor?

1    A.    Golden Retriever as well.

2    Q.    How big would you say MacGregor is now?

3    A.    Fifty, 55 pounds.

4    Q.    How big is Maggie?

5    A.    Probably about the same.

6    Q.    So on the 27th, you meet with George and you go

7    out around the community?

8    A.    Uh-huh.

9    Q.    This indicates you didn't -- you didn't see any

10   other dogs?

11   A.    We didn't.

12   Q.    So you didn't necessarily have the opportunity

13   to practice the techniques that you had done at the

14   field?

15   A.    Well, we actually practiced the techniques on

16   the 2nd when we -- on the 27th when we walked around.  We

17   practiced the technique that day, but we didn't meet any

18   dogs, but we did practice.

19   Q.    On the 2nd of May, it looks as though you met

20   with them again.  So from the 20th on, it appears as

21   though you're meeting with them almost on a weekly basis?

22   A.    Yes.

23   Q.    Are you communicating with them by e-mail

24   during the week as well?

25   A.    Occasionally or phone calls.

1    Q.   So on the 2nd when you went out there, there's

2    the other dog staying with them.  And there was -- you

3    indicate in here you walked on a two-mile loop and saw

4    one dog.  Tell me about the interaction between Maggie

5    and that dog.

6    A.   Well, we didn't let them interact.  The other

7    dog was small, on a retractable leash, two things that

8    tend to trigger Maggie.  And he also was not showing any

9    overt signs of friendliness.  He was very still.  Think

10   back to what we talked about with the way Maggie saw with

11   my dog.  So this dog was doing that to Maggie.  He was

12   very still.  He was very aligned.  He wasn't showing any

13   signs of wanting to interact in a positive way.  We

14   walked Maggie along.  She hopped up and down once or

15   twice.  Kathleen was with me that day.  We got Maggie to

16   sit.  She wouldn't take food because she was too aroused.

17   And then we just walked on.

18   Q.   Now, on the 2nd of May, was it Mrs. Friedel

19   that went on the walk with you around the community or

20   was it both?

21   A.   Actually, it was both of us, well, all three of

22   us.

23   Q.   And then the following week, you were out again

24   on the 9th.  And you say you arranged for a small decoy

25   dog to be present.  Was that the same dog?

1    A.    Uh-uh.

2    Q.    Different dog?

3    A.    A different dog, a new dog Maggie had never

4  seen.

5    Q.    What kind?

6    A.    I don't know.  A little Chihuahua mix maybe.

7    Q.    You indicate in here, Maggie won't take food

8  when she becomes even slightly aroused.  And using -- and

9  feel this using distance as a reinforcer is ideal.  What

10  does that mean?

11    A.    What that means is using the constructional

12  aggression treatment where we use distance as a reward

13  was much more effective than using food.

14    Q.    So the idea is, she exhibits signs that she's

15  not necessarily concerned about that dog.  And then as a

16  result of that, you take that dog and you move it out a

17  little further away as a reward for being disinterested?

18    A.    Sort of, yeah.

19    Q.    Okay.  If I'm ever stating anything wrong --

20    A.    Not exactly.  Actually, what you do is you wait

21  for a sign the dog is slightly aroused, but before it

22  actually has an aggression display, then you wait for a

23  sign of disinterest and then you move away.  I know

24  that's being technical.  But that's what happens when you

25  talk to a dog trainer.

1    Q.    That's fine.

2    A.    The technicalities really make the difference.

3    Q.    That's good.  That's what we want to know is

4  all the little stuff.  They are writing it down.  So we

5  want to make sure you're saying exactly what you want to

6  say.  It says you started around 30 yards and then worked

7  at closing the distance.  So did these dogs eventually

8  get along or were able to co-exist in a --

9    A.    I think the first session, the dogs -- I used

10  that particular dog three times and the dogs never met

11  side-to-side, face-to-face, the way traditional people

12  think dogs would meet.  My actual goal for Maggie is, I

13  don't really care if she's sociable with the other dogs.

14  I just want her to be able to walk down the street and

15  not cause a commotion.  I think the Friedels would agree

16  with that and probably everybody in the neighborhood.  If

17  she can just be calm when she's out in public, we're

18  good.  And that's really my goal.  She's ten years old.

19  We are not going to make her love other dogs at this

20  stage of the game.  So on that first time we did start

21  quite a distance apart.  But we were able to move back

22  and forth until we closed the distance, I would say

23  probably only to about 20 feet.  That was about as good

24  as we could get that day.

25    Q.    And on the 9th, do you recall specifically who

1    was with you?

2         A.    I think George and Kathleen were both there.

3    At this point, I think Kathleen was taking over most of

4    the handling.  I think George's back was killing him.

5    The woman whose dog I was using for a decoy was there as

6    well.

7         Q.    On the 16th, again, a week later, it seems that

8    you're using the same small dog?

9         A.    Uh-huh.

10        Q.    So you're indicating things went faster.  Do

11   you think it's because it was the same dog or is it

12   because the Friedels or you are recognizing her triggers

13   sooner?

14        A.    I would say all of those things.  It all kind

15   of goes together.

16        Q.    And during the session on the 16th, were both

17   Mr. and Mrs. Friedel present?

18        A.    Yes.

19        Q.    And was Kathleen doing the handling primarily?

20        A.    Yes.

21        Q.    And up until this and including the 16th, had

22   you had any incidents where Maggie was walking by other

23   dogs that weren't your decoy dogs?

24        A.    I don't think so.  But maybe on the 23rd there

25   was another dog.

1    Q.    So the note, the next note is from the 23rd?

2    A.    Right.

3    Q.    And you're indicating again you are using that

4    same small dog --

5    A.    Correct.

6    Q.    -- the Chihuahua mix?

7    A.    Yes.   Things went really quickly.   We were able

8    to parallel walk.   I honestly don't remember now which

9    day it was.   But we did come across another dog, which

10    according to Kathleen, did trigger Maggie in the past and

11    she was able to walk by that dog.

12    Q.    Okay.

13    A.    It was up in the driveway.   It wasn't right on

14    the street, but still.

15    Q.    And then on the 30th, which is the last note we

16    have in this document, it indicates you met in a neutral

17    location.   Where was that, the same field?

18    A.    Yes.

19    Q.    So you went out there to just do general leash

20    manners?

21    A.    Yes.

22    Q.    Didn't work with other dogs that day?

23    A.    They had their other dog with them, MacGregor,

24    but that was it.

25    Q.    You are indicating that --

1    A.    We did train again this morning.  But I didn't

2    have time to add it to this.

3    Q.    Tell me about -- well, that's not on here, on

4    your notes, correct?

5    A.    Correct.

6    Q.    Did you train this morning here at the park?

7    A.    We did.

8    Q.    Now, I do notice -- and I just want to be clear

9    about this.  Don't think that I'm -- I'm not trying to be

10   difficult.  I just want to know, because I don't see in

11   these notes where it indicates that Maggie did see

12   another dog in the community aside from your decoy dog?

13   A.    You probably wouldn't.  Because this time of

14   year, everybody is gone.  There's not many dogs in the

15   park at this stage of the game.

16   Q.    To your knowledge, as of May 30 of 2017, you

17   had yet to walk Maggie by another random dog in this

18   community?

19   A.    Well, we did meet that little dog that I had

20   the note about the first time we came.  I believe on the

21   16th or 23rd, although it's not noted, we walked by

22   another dog.

23   Q.    And on either the 16th or the 23rd, what was

24   Maggie's reaction to the other dog?

25   A.    In each instance, she noticed them, but not

1   reacted.

2       Q.   Is that based on the training techniques that

3   you have asked the Friedels to implement?

4       A.   I hope so.

5       Q.   So given the current status -- and I know this

6   is hard to say because the answer is usually it

7   depends -- how much more work do you think there is

8   that -- with Maggie in order to get her to the point

9   where you don't have to be here every week to do training

10  sessions?

11      A.   You know, I really don't know.  The big

12  interest to me now would be the difference in the park

13  between this time of year, when the residential -- the

14  seasonal residents are gone and in season when everybody

15  is back is tremendous.  So probably over the summer we

16  could do it less often.  But as people come back to the

17  park, we would probably need to increase back to once a

18  week for a while to see how she makes the transition.

19      Q.   Okay.

20      A.   Dogs like things to be predictable.  And when

21  your neighborhood changes annually, it's very difficult

22  for them.

23      Q.   You had sent me two videos.  Do you recall

24  those videos?

25      A.   I do.

Page 39

1    Q.    I looked at them.  Unfortunately, I don't have

2   them with me.

3    A.    Probably, if you don't know what you were

4   seeing, it wouldn't mean much anyway.

5    Q.    Well, there was one video that didn't look like

6   Maggie reacted at all.  There's another one where you

7   were walking her by a smaller dog.

8    A.    Uh-huh.

9    Q.    And that dog was across the street?

10   A.    Correct.

11   Q.    Was that a decoy dog?

12   A.    Yes.

13   Q.    And towards the end of that video, I saw Maggie

14   kind of jump a little bit.  Do you know when that video

15   was taken?

16   A.    Yeah.  That was on the 9th.

17   Q.    The 9th of May?

18   A.    Uh-huh.

19   Q.    And what, to you, does the jump signify?

20   A.    It indicated to me that Maggie was at her

21   threshold.  I do want to say that her owner did a good

22   job of continuing to move on though with a little

23   coaching and kept her under control.

24   Q.    So at this stage of the game, would you say

25   that Maggie doesn't require any more training?

1     A.    I don't think I would say that.

2     Q.    She does need additional training?

3     A.    Yes.  And the management part of the training

4  needs to probably continue the rest of her life, using

5  the head collar, using the leash, being cautious about

6  her interactions with other dogs.

7          MR. CHASE:  Let me go through my notes here and

8          see if I have any more questions.  I don't have

9          further questions at this time.

10                      CROSS-EXAMINATION

11  BY MS. LaHART:

12     Q.    I have just a few.  Tell me about today's

13  session.

14     A.    Today we met at the Friedels'.  I had my little

15  black and white dog with me.  I did attempt to video it.

16  But the part that's most interesting, my memory was full

17  and I couldn't video that.  But we went for a walk

18  together.  It took less than a minute to get Maggie

19  walking on the opposite of the street.  We walked the

20  whole two-mile loop around the neighborhood.  We walked

21  right by a little barky dog on a retractable, which prior

22  to would have caused Maggie to react.  And she maintained

23  her composure and we walked the whole loop.  The dogs

24  walked next to each other.  My dog was in their house by

25  time we were done.

1   Q.   Are human aggression -- animal aggression

2   towards humans the same thing as animal aggression

3   towards other animals?

4   A.   It's not the same.

5   Q.   In other words, is a dog that is aggressive

6   towards other dogs also a threat to people?

7   A.   They can be completely specific to either other

8   dogs, predatory drift, where they chase small animals, or

9   aggression towards people and not dogs.  They are all

10  separate, individual things.

11  Q.   Do you have reason to think Maggie would be

12  aggressive towards a person?

13  A.   Not the slightest reason to think that.  She

14  seems like a sweetheart every time I've been around her.

15  Q.   Would you go back to May 27 in your notes, I'm

16  sorry, April 27?

17  A.   Good, because I don't have a May 27.

18  Q.   You stated in a question from Mr. Chase that

19  you were practicing on the 27th.  What is it that you

20  were practicing?

21  A.   We were practicing the actual handling skills I

22  wanted the Friedels to be able to use when Maggie came

23  across another dog in public.

24  Q.   Can you be more specific?  What are the skills

25  that you're teaching them?

1      A.     The first thing I was teaching them was to

2  notice the small signs that she is feeling aroused, which

3  for her are fairly subtle.  Most of what she does is get

4  kind of stiff, raise her head up and get hyperfocused.

5  If you are walking, like most people walk their dogs, not

6  really paying attention, you would never notice those

7  things.

8           So I wanted to make sure that they understand

9  when those things start to happen, Maggie is making a

10  choice about her future behavior and the time to

11  interrupt is right then.  So at that moment, if another

12  dog is coming ahead, coming from ahead, they can do a

13  U-turn and go back the other way so they avoid

14  confrontation.  They could pull over to the side of the

15  street, ask her to sit, use some food rewards, if she

16  would take food.  If she wouldn't take food, obviously,

17  you can't use food rewards.  But in that case, move

18  further away.  I also suggested, if necessary, go up a

19  driveway, stand behind a vehicle or some other visual

20  barrier so Maggie can't continue to see the dog.

21           So much of Maggie's behavior relates to how the

22  other dogs are acting.  And this is true for all dogs

23  with leash reactivity.  If the other dogs are calm, the

24  reactive dog is likely to be calm, likely, not

25  necessarily always, but likely.  If the other dog is

1   barking reactive, it's very likely that the reactive dog

2   will respond in kind.  Similar to, if you're walking down

3   the street and somebody comes up to you and punches you

4   and says, hey, you want to fight?  Well, I didn't want

5   to, but maybe I do now.  Then you kind of get worked up.

6   Then the other one comes back at you a little longer.

7   The next thing you know, everybody is on their hind legs

8   yelling.

9           So the big thing I wanted to make sure on 27th

10  was they understood at all cost avoid those situations.

11  Once a dog has an aggressive display, there's cortisol

12  that's released in their bodies.  They say it takes two

13  to three weeks for those hormones to come back out.  So

14  say your dog's normally here.  Now it shoots up to here.

15  It's just getting back down and there's another bad

16  incident, it shoots back up even higher.  So it's really

17  important that the dog stays below threshold during the

18  training sessions.  And they have been really diligent

19  about doing that.  I question them every week

20  religiously.  And there have been no incidents to my

21  knowledge since then, since we started working.

22       Q.   Why do you think Maggie is aggressive with

23  small dogs in the first place?

24       A.   You know, I don't know.  She presented this

25  problem long before I met her.  And it could be just

1  totally a random thing.  I will say, having been a dog

2  trainer for 15 years in an area where there's a lot of

3  small communities, tightly close, there are a huge number

4  of ill-mannered little dogs on retractable leashes that

5  run out barking at your dog.  And even the nicest dog

6  could react to that.  And if they are intimidated enough,

7  it can become a pattern of behavior where they continue

8  to do it over and over again.

9        MS. LaHART:  Nothing further.

10       MR. CHASE:  Nothing from me.  You have the

11       right to read your deposition transcript.  Which

12       means that if it's ordered, she'll provide you with

13       a copy of it.  You can read it.  You don't have the

14       opportunity to change the substance of your answers.

15       But do you have the opportunity to make sure

16       everything she wrote down was correct.  So you can

17       either read it or waive your right to read the

18       deposition transcript if it's ordered.  What would

19       you prefer to do?

20       THE WITNESS:  I want to read it.

21            (Deposition concluded at 1:40 p.m.)

22

23

24

25

```
 1  STATE OF FLORIDA      )
                          :  SS
 2  COUNTY OF INDIAN RIVER )

 3

 4               CERTIFICATE OF OATH

 5

 6        I, STACEY BARKLEY, in my capacity as a Notary

 7  Public of the State of Florida at large authorized to

 8  administer oaths on this 13th day of June, 2017 at 12:50

 9  p.m., CECELIA SUMNER personally appeared before me and

10  took an oath or affirmation for the purpose of giving

11  testimony in the matter of:

12        George Friedel vs. Park Place Community, LLC

13

14

15        _____
          STACEY BARKLEY, COURT REPORTER
16        COMMISSION # GG051122
          My Commission Expires:
17  (Notary Seal)
          December 12, 2020
18        THIS TRANSCRIPT IS DIGITALLY SIGNED.
          SHOULD THERE BE ANY CHANGES MADE,
          THE SIGNATURE WILL DISAPPEAR
19

20  PERSONALLY KNOWN ____
    OR PRODUCED IDENTIFICATION X
21  TYPE OR IDENTIFICATION PRODUCED
    DRIVER'S LICENSE
22

23

24

25
```

1    STATE OF FLORIDA        )
                            : SS
2    COUNTY OF INDIAN RIVER )

3

4                 CERTIFICATE OF REPORTER

5

6        I, STACEY BARKLEY, COURT REPORTER, a Machine

7    Shorthand Reporter and Notary Public of the State of

8    Florida at Large, certify that the foregoing deposition

9    of CECELIA SUMNER was stenographically reported by me and

10   is a true and accurate transcription of said deposition

11   of CECELIA SUMNER, that a review of the transcript was

12   requested.

13

14       I certify further I am neither attorney nor counsel

15   for, nor related to, nor employed by any of the parties

16   to the action in which the deposition is taken and,

17   further, that I am not a relative or an employee of any

18   attorney or counsel employed in this case, nor am I

19   financially interested in the outcome of this action.

20

21       DATED this 22nd day of June 2017.

22

23   _Stacey Barkley_____
     STACEY BARKLEY
24   THIS TRANSCRIPT IS DIGITALLY SIGNED.
     SHOULD THERE BE ANY CHANGES MADE,
25   THE SIGNATURE WILL DISAPPEAR

NAME OF CASE: GEORGE FRIEDEL VS. PARK PLACE COMMUNITY, LLC

NAME OF WITNESS: CECELIA SUMNER

ERRATA SHEET

PAGE LINE      CHANGE                              REASON

——— ———  ————————————————————       ——————————

——— ———  ————————————————————       ——————————

——— ———  ————————————————————       ——————————

——— ———  ————————————————————       ——————————

——— ———  ————————————————————       ——————————

——— ———  ————————————————————       ——————————

——— ———  ————————————————————       ——————————

——— ———  ————————————————————       ——————————

——— ———  ————————————————————       ——————————

——— ———  ————————————————————       ——————————

——— ———  ————————————————————       ——————————

——— ———  ————————————————————       ——————————

——— ———  ————————————————————       ——————————

          Under penalty of perjury, I declare that I
have read the foregoing document and that the facts
stated therein are true.  I hereby certify by the above
corrections, if any, that the foregoing transcript is a
true and correct transcription of my deposition taken in
the above-entitled case at the date and time indicated.

          Dated this ____ day of _____, 20   .


          _____

1   June 23, 2017

2   Dear Ms. Sumner,

3   On June 13, 2017, your deposition was taken in connection
    with the above-styled case.  At that time a stipulation
4   of waiver of signature was not entered into.

5   The transcription of your deposition is now complete and
    is available for reading and signing at Atlantic
6   Reporting 2143 15th Avenue, Vero Beach, Florida during
    normal business hours.  PLEASE CALL FOR AN APPOINTMENT as
7   this office is only open when depositions are scheduled
    there.

8
    If you have not read and signed your deposition by the
9   close of business on July 23, 2017, the deposition may be
    filed without your signature.

10
    If you have any questions, please do not hesitate to call
11  our office.

12  Sincerely,

13  Stacey Barkley

14
    cc:  Brian C. Chase, Esquire
15       Marcy I. LaHart, Esquire

16

17

18

19

20

21

22

23

24

25

**A**

ability 5:3 18:17
25:13
able 27:23 34:8
34:14,21 36:7
36:11 41:22
above-entitled
47:22
above-styled
48:3
Absolutely
15:22
access 16:16
25:5 29:8
accumulate
13:24
accurate 9:2
15:17 20:20
24:2,5 46:10
acting 12:5
14:13 42:22
action 11:25
46:16,19
active 23:1
actively 24:4
acts 14:2
actual 14:17
28:18 29:12
34:12 41:21
actuality 11:13
add 37:2
addition 9:24
30:10
additional 40:2
address 5:15
24:25
administer 45:8
administers 8:5
adopted 6:25
adult 21:24
adverse 24:21
advice 7:1
advise 23:1
affect 5:3 18:16
24:21
affirmation
45:10

afternoon 3:9
aggression 10:21
12:16,25 13:1
26:22 27:5
33:12,22 41:1
41:1,2,9
aggressive 9:19
10:14 12:6,10
13:24 18:5
26:16 41:5,12
43:11,22
aggressively
14:3,14
ago 5:21 6:2
15:12 22:9
agree 34:15
agreed 24:2
aha 4:8
ahead 4:23
42:12,12
alcohol 5:3
aligned 26:15
32:12
allow 13:20
alter 12:7
animal 6:18 7:9
8:12 11:7,15
12:1,3,24
24:24 41:1,2
animals 5:23 6:5
6:24 10:2
17:15 41:3,8
annually 38:21
answer 3:22 4:1
4:6,14,22 38:6
answering 15:11
answers 12:14
44:14
anxious 16:8
anymore 16:17
22:1 29:8
anyway 13:14
39:4
apart 34:21
APPEARANC...
1:18
appeared 45:9

appears 31:20
appointment
18:22 21:22
48:6
approached 7:3
approximately
5:20 17:19
18:23
April 22:9,13
24:1,11 41:16
area 44:2
aroused 32:16
33:8,21 42:2
arranged 32:24
ascertain 25:23
aside 19:25
37:12
asked 4:16 23:25
38:3
asking 3:20
asserting 28:12
assessed 7:11,12
7:13,14 8:3
assessing 27:18
assessment 7:16
7:19 16:3,5
24:16,22
assist 6:11
assisted 12:23
assume 4:15
9:10 14:23
24:1 25:1
Atlantic 48:5
ATLAS 1:22
attach 25:15,17
attached 25:16
attack 19:14
20:1,10
attacks 20:3,11
attempt 40:15
attended 29:19
attention 18:20
42:6
attentive 18:15
attorney 46:14
46:18
authorized 45:7

available 13:13
48:5
Avenue 48:6
avoid 13:21 14:5
42:13 43:10
avoiding 19:5,9
aware 20:3

**B**

B 1:22
baby 29:7
back 12:19
22:19,21,23
23:7 24:8
28:11 29:18
32:10 34:21
35:4 38:15,16
38:17 41:15
42:13 43:6,13
43:15,16
background
17:21,23
bad 7:1 9:2
13:22 29:5
43:15
balance 11:2
bark 16:14
barking 43:1
44:5
Barkley 1:16
45:6,15 46:6
46:23 48:13
barky 40:21
barrier 42:20
based 10:21
11:15 38:2
basically 27:5
basis 13:11
31:21
BAT 27:2
Beach 5:17 48:6
behalf 3:3
behavior 5:7,14
5:16,18,21,22
5:24 6:1,3,5,14
6:20 7:13,21
7:22,23,24 9:2

9:6,20 10:14
11:10 12:7,10
13:16,20 15:9
16:14 17:20
18:3 24:17
27:15 29:5
42:10,21 44:7
behavioral
10:17
believe 14:15
15:21 19:8
20:7,12 21:23
23:7 37:20
best 4:13 5:14,15
5:18,21,21,24
6:1,2,4,14,20
12:24,24 20:18
bias 11:17
big 10:25 29:3
31:2,4 38:11
43:9
birds 6:3 10:2,3
10:7
bit 12:8 39:14
bite 12:11
black 26:2 30:8
40:15
bodies 43:12
body 25:12
26:13 27:7
bottom 18:10
branched 5:22
break 4:18,20,23
27:11
breed 26:3
Brian 1:23 48:14
bring 11:21
bulk 9:7
business 5:13,15
8:18 9:7 48:6,9
butt 28:8

**C**

C 1:23 48:14
call 11:8,9,19
12:18 13:2
22:14,17 27:13

48:6,10
**called** 3:3 20:1
  21:22 22:16
  26:24 27:10
**calls** 31:25
**calm** 16:9,10
  27:6 34:17
  42:23,24
**calmer** 27:14
**calming** 27:10
  27:13
**cancel** 21:22
**capable** 11:2
**capacity** 45:6
**car** 11:19,20
**care** 34:13
**careful** 13:22
**case** 1:2 12:16
  13:25 14:7
  15:9,21 17:20
  26:12 27:3
  42:17 46:18
  47:1,22 48:3
**cases** 9:6
**casual** 23:10
**CAT** 26:24 27:1
  28:18
**cats** 6:3 10:2,3,8
  10:12
**cause** 10:20
  34:15
**caused** 40:22
**cautious** 40:5
**cc** 48:14
**Cecelia** 1:10 3:2
  3:11 45:9 46:9
  46:11 47:2
**CERTIFICATE**
  2:9,11,12 45:4
  46:4
**certificates** 7:8
**Certification** 8:6
**certifications**
  7:10 8:10
**certified** 7:10,12
  7:13
**certify** 46:8,14

47:20
**chain** 13:20
**challenging** 7:25
**chance** 28:8
**change** 8:2 9:1
  44:14 47:5
**changed** 6:2
**changes** 38:21
  45:18 46:24
**changing** 7:24
  9:20
**chase** 1:23 2:3
  3:8 40:7 41:8
  41:18 44:10
  48:14
**chased** 19:18,19
  20:15 21:5
**chatting** 18:16
**Chihuahua** 33:6
  36:6
**choice** 27:14
  42:10
**choices** 21:21
**chunks** 13:17
**clear** 37:8
**client** 12:13
**clients** 13:13,21
  14:4
**close** 27:23 44:3
  48:9
**closed** 34:22
**closing** 34:7
**co-exist** 34:8
**coaching** 39:23
**Coast** 24:24 25:2
**collar** 19:4 25:7
  25:9 40:5
**come** 7:24 8:24
  12:19 16:22
  25:16 36:9
  38:16 43:13
**comes** 43:3,6
**comfortable**
  28:1 29:11
**coming** 42:12,12
**Commission**
  45:16,16

**commitment**
  13:14
**common** 13:9
**commotion**
  34:15
**communicating**
  31:23
**communities**
  44:3
**community** 1:7
  31:7 32:19
  37:12,18 45:12
  47:1
**company** 5:8,9
  5:10
**competency**
  7:17 8:4
**complaint** 14:13
  22:24
**complete** 13:6
  48:5
**completely** 41:7
**compliance** 21:2
**composure**
  40:23
**concerned** 33:15
**concluded** 44:21
**conduct** 17:6
**conducted** 16:3
**confirm** 16:24
**confrontation**
  42:14
**confusing** 4:12
**connection** 48:3
**consider** 26:16
  27:16
**consist** 19:2
**constructional**
  26:22 27:5
  33:11
**consult** 18:9
**consultant** 7:13
  7:21
**contact** 14:17
  19:23 20:7
  21:19 27:11
**contacted** 14:12

14:18 19:21
  21:16 22:8
**continue** 12:21
  13:10 40:4
  42:20 44:7
**continued** 16:17
**continuing** 29:5
  39:22
**contractor** 10:7
**contractors** 6:8
  6:11 10:6
**control** 24:21
  25:11,11,12,13
  39:23
**conversations**
  23:9,16
**copy** 44:13
**correct** 6:16
  8:24 9:11,12
  9:25 12:1
  14:22,24 15:10
  15:13,14,25
  17:5,13 19:11
  21:14 22:1
  30:20 36:5
  37:4,5 39:10
  44:16 47:21
**corrections**
  47:21
**cortisol** 43:11
**cost** 43:10
**Council** 8:6
**counsel** 46:14,18
**COUNTY** 45:2
  46:2
**couple** 10:12
  15:12 22:9
  23:6
**course** 10:13
  11:25 13:5,7
**court** 1:1,16
  3:18 4:3 5:17
  45:15 46:6
**CROSS-EXA...**
  2:4 40:10
**current** 38:5
**currently** 24:4

| | D |
|---|---|
| **D** 2:1 | |

**date** 1:11 15:1
  47:22
**Dated** 46:20
  47:23
**day** 6:24 21:5
  29:11 31:17
  32:15 34:24
  36:9,22 45:8
  46:20 47:23
**Dear** 48:2
**December** 45:17
**decided** 6:24 7:2
**declare** 47:19
**decoy** 32:24 35:5
  35:23 37:12
  39:11
**DEFENDANT**
  1:8,15,22
**definitive** 16:1
**depending** 10:8
**depends** 10:25
  11:1,1 12:4,8
  26:10 38:7
**deposition** 1:10
  3:12 4:19
  23:20,22 44:11
  44:18,21 46:8
  46:10,16 47:21
  48:3,5,8,9
**depositions** 48:7
**designated** 13:5
**detail** 11:9
**details** 17:22
  18:2 20:16
**detection** 9:14
**determine** 11:24
**develop** 10:20
**diagnostic** 11:22
  11:24
**difference** 7:15
  7:22 34:2
  38:12
**different** 8:22
  16:11 17:4
  30:22 33:2,3

**difficult** 4:5
  37:10 38:21
**DIGITALLY**
  45:17 46:24
**diligent** 43:18
**dinner** 18:15
**DIRECT** 2:3 3:7
**DISAPPEAR**
  45:18 46:25
**discuss** 11:5
**discussed** 25:7
**disengage** 27:21
**disinterest** 33:23
**disinterested**
  33:17
**display** 13:25
  33:22 43:11
**displays** 10:14
  18:5
**distance** 16:18
  27:6,17,18,19
  27:23 33:9,12
  34:7,21,22
**distractions** 25:2
**DISTRICT** 1:1
  1:1
**document** 15:5,6
  15:7 16:1
  36:16 47:20
**documents**
  15:15
**dog** 5:7,21 6:1
  6:17,25 7:11
  7:12 8:7,12,20
  9:10 10:11,12
  10:14,18,25
  11:1,3,12,14
  12:5,23,25
  13:6 14:2,7
  16:11,13,18
  17:1,23 19:14
  19:18,19,23,24
  20:1,15 21:6
  21:15,17 22:22
  25:14,25 26:8
  26:11,15,18,25
  27:6,9,15,17

27:18 28:2,7
  28:10 29:4,13
  29:14 30:6,6,8
  30:9,10,10,13
  30:22,25 32:2
  32:4,25,7,11,11
  32:25,25 33:2
  33:3,3,15,16
  33:21,25 34:10
  35:5,8,11,25
  36:4,9,11,23
  37:12,12,17,19
  37:22,24 39:7
  39:9,11 40:15
  40:21,24 41:5
  41:23 42:12,20
  42:24,25 43:1
  43:11,17 44:1
  44:5,5
**dog's** 8:1 13:14
  13:23 43:14
**doggie** 27:12
**dogs** 9:14,16,20
  10:1,3 14:14
  16:16,21 17:3
  18:4,4,4 19:5,9
  20:8 24:19,20
  25:23 26:10
  27:24 28:2,5,9
  30:23 31:10,18
  34:7,9,10,12
  34:13,19 35:23
  35:23 36:22
  37:14 38:20
  40:6,23 41:6,8
  41:9 42:5,22
  42:22,23 43:23
  44:4
**dogs'** 9:1
**doing** 9:6 10:17
  11:2,13 16:17
  23:13 32:11
  35:19 43:19
**door** 16:12,13,16
  17:11 19:18
  20:2,14,19
  21:4,4,10 29:7

29:8
**drawn** 26:14
**drift** 41:8
**DRIVE** 1:13
**DRIVER'S**
  45:21
**driveway** 36:13
  42:19
**drug** 5:2 9:16
**duly** 3:4

**E**

**E** 2:1
**e-mail** 31:23
**e-mails** 12:18
**effective** 33:13
**eight** 30:17
**either** 14:3,15
  16:10 37:23
  41:7 44:17
**electrical** 8:9
**electrician** 8:10
**Emergency**
  24:24
**emotions** 7:25
  11:12
**employed** 46:15
  46:18
**employee** 46:17
**encounter** 17:14
**entered** 48:4
**entire** 3:21
**entity** 5:13
**environment**
  12:4
**equipment**
  16:15
**ERRATA** 2:13
  47:4
**Esquire** 1:21,23
  48:14,15
**evaluate** 12:20
**evaluated** 7:20
**events** 13:19
  24:17
**eventually** 34:7
**everybody** 34:16

37:14 38:14
  43:7
**evidence** 11:16
**evidently** 22:20
**exactly** 11:23
  27:9 33:20
  34:5
**exam** 7:17 8:4
**EXAMINATI...**
  2:2,3 3:7
**examined** 3:4
**Excellent** 7:6
**excitement**
  29:13
**exhibiting** 12:25
**exhibits** 2:6
  33:14
**experienced**
  10:9
**Expires** 45:16
**express** 16:20

**F**

**face-to-face**
  34:11
**faced** 21:21
**fact** 18:3
**facts** 4:9,10
  47:20
**fail** 21:4
**failed** 21:3
**fair** 4:16 26:20
**fairly** 42:3
**faster** 35:10
**fear** 10:21
**fearfully** 14:3
**feedback** 12:17
**feel** 11:14 33:9
**feeling** 42:2
**feet** 34:23
**felt** 18:18
**fewer** 12:25
**field** 25:4 31:14
  36:17
**Fifty** 31:3
**fight** 43:4
**figure** 8:1

**filed** 48:9
**financially**
  46:19
**find** 8:2 11:9
**finding** 11:2
**fine** 4:20 25:1
  30:9,23 34:1
**finish** 3:21
**first** 3:4,18,19
  7:16 8:6 11:5
  14:8,9 15:1,12
  17:6,17,25
  18:13 24:7,13
  27:22 28:6,11
  30:21 34:9,20
  37:20 42:1
  43:23
**firsthand** 20:24
**fix** 7:2,3
**Florida** 1:1,14
  1:17,20,23
  8:15 45:1,7
  46:1,8 48:6
**folks** 13:11
**follow** 13:3
**follow-up** 22:11
**following** 19:14
  32:23
**follows** 3:5
  13:19
**food** 32:16 33:7
  33:13 42:15,16
  42:16,17
**foot** 25:19,20
**force-free** 8:12
**foregoing** 46:8
  47:20,21
**form** 6:14
**forth** 34:22
**forward** 12:21
  15:6
**found** 7:4
**four** 7:10,19
**frame** 12:13
**frequently** 24:20
**Friedel** 1:3,24
  15:16 17:24

20:9,15 22:7
22:13,15 29:23
30:1,19 32:18
35:17 45:12
47:1
**Friedels** 14:12
16:20 18:6
22:12 34:15
35:12 38:3
41:22
**Friedels'** 28:24
30:5 40:14
**friendliness** 32:9
**frightened** 19:23
**front** 11:16
16:16 17:10,21
19:18 20:2,14
20:19
**frustrated** 18:18
**full** 40:16
**further** 33:17
40:9 42:18
44:9 46:14,17
**future** 42:10

---
**G**
**GAINESVILLE**
1:20
**game** 34:20
37:15 39:24
**gate** 29:7
**gates** 16:16
**gathering** 23:11
**general** 23:10,14
23:23 36:19
**generally** 10:6
**Gentle** 19:3 25:7
25:8 29:6
**George** 1:3,24
29:10,20,21
30:2 31:6 35:2
45:12 47:1
**George's** 35:4
**getting** 29:10
43:15
**GG051122**
45:16

**give** 12:15 28:8
**given** 18:24
24:17 38:5
**gives** 25:10,12
**giving** 27:19
45:10
**glad** 29:6
**go** 3:15 4:19,23
10:16 11:4
12:3 13:7,17
17:14 22:18
31:6 40:7
41:15 42:13,18
**goal** 14:1 34:12
34:18
**goes** 13:18 35:15
**going** 3:15,20,25
4:10,15 11:11
11:25 12:19
15:5,6 23:24
24:1 28:13
29:18 30:17
34:19
**Golden** 31:1
**good** 3:9 5:1
10:9 13:7
24:16 34:3,18
34:23 39:21
41:17
**gotten** 14:15,16
20:19
**ground** 3:15
27:12
**guess** 21:25
30:17
**Guild** 8:11

---
**H**
**half** 5:21 6:2
**halter** 25:10
**handle** 10:6
**handler** 25:12
**handling** 35:4
35:19 41:21
**hands-on** 7:22
**handwritten**
15:18,20

**happen** 12:9
13:8 42:9
**happened** 14:21
21:17
**happens** 33:24
**hard** 3:23 29:14
38:6
**head** 4:2 19:4
25:7,9,11,12
28:11 40:5
42:4
**help** 7:4 22:25
**helpful** 6:10
**hesitate** 48:10
**hey** 11:20 12:22
43:4
**higher** 43:16
**hind** 43:7
**history** 3:14
10:17,19
**hits** 28:6
**home** 10:18 12:1
24:18 25:3
28:24 30:9
**homework**
12:15 18:24
19:2
**honestly** 36:8
**honesty** 28:4
**hope** 38:4
**hopped** 32:14
**hormones** 43:13
**horrible** 6:25
**horse** 25:10
**Hospital** 24:25
**hour** 12:13
17:19 28:21
**hours** 7:21 48:6
**house** 16:9 17:12
25:8 40:24
**household** 16:10
17:22,23
**huge** 12:12 44:3
**human** 11:17
41:1
**humans** 11:3,12
41:2

**hyperfocused**
26:6,8,12 42:4

---
**I**
**ICE** 8:8
**idea** 25:11 33:14
**ideal** 33:9
**IDENTIFICA...**
45:20,21
**ill-mannered**
44:4
**imagine** 11:5
**immediately**
26:7
**implement** 38:3
**importance** 28:2
**important** 5:23
11:17 43:17
**impossible** 4:3
**impressions**
16:6
**inappropriate**
18:3
**incident** 19:17
19:20,22 20:14
21:12,17 43:16
**incidents** 20:3
35:22 43:20
**including** 35:21
**incorporated**
15:21
**increase** 38:17
**increasing** 27:17
**independent** 6:8
6:11 10:5,7
**INDIAN** 45:2
46:2
**indicate** 18:14
19:16 20:9
25:6 27:22
32:3 33:7
**indicated** 16:2
25:22 39:20
47:22
**indicates** 21:3
28:22 31:9
36:16 37:11

**indicating** 22:11
30:5 35:10
36:3,25
**individual** 11:15
41:10
**influence** 5:2
**information**
17:21 23:10
**initial** 8:23
19:22,25 21:19
**initiated** 27:11
**instance** 37:25
**interact** 32:6,13
**interaction** 32:4
**interactions**
40:6
**interest** 38:12
**interested** 26:9
26:11 46:19
**interesting** 26:1
26:25 40:16
**interrupt** 42:11
**intimidated** 44:6
**introduce** 16:18
28:5
**introduced**
25:22
**involve** 20:3
**involved** 21:17
**involving** 20:11
21:12
**issues** 10:21 11:6
11:6
**item** 3:25
**items** 8:23

---
**J**
**January** 14:10
15:4 18:14
19:13 20:10
21:16
**job** 39:22
**July** 48:9
**jump** 20:6 39:14
39:19
**June** 1:11 45:8
46:20 48:1,3

**K**

K-9 7:13,14 8:3
 9:9,10,11
 11:10 15:9
 17:20
Kathleen 1:24
 32:15 35:2,3
 35:19 36:10
keep 14:2 27:6
kept 39:23
killing 35:4
kind 7:8 13:13
 17:12 23:12
 25:25 26:4
 29:3 30:25
 33:5 35:14
 39:14 42:4
 43:2,5
knew 7:5
know 4:12,21
 5:23 6:9 8:22
 10:11 11:11
 12:14 14:5,17
 15:18 17:2
 19:12,15,22
 22:20 26:7
 30:6 33:6,23
 34:3 37:10
 38:5,11,11
 39:3,14 43:7
 43:24,24
knowledge 7:11
 7:13,16 11:16
 20:18,24 37:16
 43:21
KNOWN 45:20

**L**

lab 30:8
lack 12:20
LaHart 1:19,21
 2:4 23:4,19
 40:11 44:9
 48:15
LAKEVIEW
 1:13
language 27:8

27:13
large 1:17 45:7
 46:8
lasted 17:18
 28:14,17,19
latch 21:4,4
LAW 1:22
lawsuit 23:1,5
lay 16:12
Leader 19:4
 25:7,9 29:6
learned 7:2
leash 14:14 19:4
 19:7 20:6,20
 25:15,16,17,18
 25:19,20 28:6
 29:7 32:7
 36:19 40:5
 42:23
leashes 28:9
 44:4
legs 43:7
let's 14:6
LETTER 2:14
liability 5:10
license 8:18
 45:21
licensed 8:22
licensure 8:14
 8:17
life 40:4
lifetime 13:13,14
limit 9:4
limited 5:10
line 26:14 47:5
little 26:2 28:12
 29:15 33:6,17
 34:4 37:19
 39:14,22 40:14
 40:21 43:6
 44:4
lives 30:11,13
living 5:6 7:5
LLC 1:7 5:14,19
 45:12 47:1
local 8:17
location 36:17

lodged 22:23
long 5:18 12:5
 17:17 28:14,17
 43:25
longer 12:23
 43:6
look 4:4 13:3
 39:5
looked 27:11
 39:1
looks 18:11
 31:19
loop 32:3 40:20
 40:23
lot 6:22 9:8
 11:10,12 12:10
 16:8,12 17:21
 24:18,19 25:13
 26:10 44:2
Lots 9:21
love 34:19

**M**

MacGreggor
 30:24,25
MacGregor
 30:15,16,20,23
 31:2 36:23
Machine 46:6
Maggie 14:7,8
 14:13 15:16
 16:1,3,6,7,21
 17:7 18:3,17
 19:7,13,18
 20:2,4,11,14
 20:18 21:5,16
 22:19,23 23:2
 24:1,5,8 25:7
 26:17 27:7,10
 28:1,11 29:2,8
 30:11,14,23
 31:4 32:4,8,10
 32:11,14,15
 33:3,7 34:12
 35:22 36:10
 37:11,17 38:8
 39:6,13,20,25

40:18,22 41:11
 41:22 42:9,20
 43:22
Maggie's 24:16
 25:23 26:12
 37:24 42:21
maintain 25:13
maintained
 40:22
major 15:23
majority 10:22
 14:1
making 18:15
 42:9
management
 29:4 40:3
manners 36:20
manufactured
 24:18
Marcy 1:19,21
 48:15
Mason 4:8
mat 17:10 19:3
Matlock 4:7
matter 45:11
matters 6:9
mean 9:10 11:16
 15:18 19:20
 24:14 33:10
 39:4
means 20:6 26:8
 33:11 44:12
meant 26:12
mechanic 11:20
meet 11:4 14:8
 24:15,23 31:6
 31:17 34:12
 37:19
meeting 14:11
 15:2 17:6,25
 19:13 28:1,3
 31:21
memories 29:16
memory 40:16
met 14:9,24
 15:12 16:2
 21:15 24:24

28:23 30:5,19
 30:21 31:19
 34:10 36:16
 40:14 43:25
methods 10:13
mind 18:8
mine 5:10
minimal 7:17
minute 40:18
minutes 15:12
 28:19
mitigate 22:25
mix 26:3 33:6
 36:6
mobile 25:3
moment 12:21
 29:13 42:11
moments 4:8
month 13:3
months 13:4,4
 22:9,21 30:17
morning 37:1,6
motivation 8:1
move 15:6 33:16
 33:23 34:21
 39:22 42:17
moved 27:15
moving 16:8
 27:18
multiple-choice
 7:18
muscle 29:16
mutt 26:4

**N**

N 2:1
name 3:9 5:13
 30:13 47:1,2
nature 23:8
 24:17
near 16:12
necessarily
 17:14 31:12
 33:15 42:25
necessary 12:23
 42:18
need 4:18,20

8:14,17 11:11
11:21,22 12:6
13:25 14:1
22:1 24:25
38:17 40:2
**needed** 7:2
**needs** 11:25
27:18 40:4
**neighbor** 18:16
22:22
**neighborhood**
14:13 34:16
38:21 40:20
**neither** 46:14
**neurobiology**
13:17
**neutral** 24:13
36:16
**never** 10:11,12
28:8 33:3
34:10 42:6
**new** 33:3
**nice** 30:8
**nicest** 44:5
**nodding** 4:2
**noise** 12:11
**normal** 48:6
**normally** 43:14
**NORTH** 1:22
**nose** 26:14 28:2
28:2,3,3,10,10
**nose-to-nose**
28:7
**Notary** 1:16
45:6,16 46:7
**note** 5:23 22:11
36:1,1,15
37:20
**noted** 37:21
**notes** 15:19,20
18:13 19:16
24:12 25:6
30:4 37:4,11
40:7 41:15
**notice** 37:8 42:2
42:6
**noticed** 37:25

**NOTIFICATI...**
2:14
**number** 44:3
**numbered** 18:10

───── **O** ─────
**oath** 2:11 45:4
45:10
**oaths** 45:8
**obedience** 8:23
9:24
**observation** 18:9
**observational**
11:10
**observations**
16:22,24
**observe** 10:17
12:3
**observed** 18:6
**observing** 12:1
21:7
**obviously** 30:19
42:16
**Occasionally**
31:25
**offered** 27:10,14
**office** 48:7,11
**Okay** 3:15,17
4:18,23 9:13
9:24 13:9 14:6
15:9 16:1
23:25 27:22
29:25 33:19
36:12 38:19
**old** 22:22 30:16
34:18
**once** 12:3,18
32:14 38:17
43:11
**ongoing** 13:11
**open** 8:20 48:7
**opportunity** 4:9
31:12 44:14,15
**opposite** 40:19
**order** 12:7 38:8
**ordered** 44:12
44:18

**organization**
8:13
**organizations**
8:9
**outcome** 46:19
**outside** 17:14
19:13
**overt** 32:9
**owned** 5:18
10:12
**owner** 5:11 21:2
21:2 25:13
39:21
**owners** 11:5
18:14
**owning** 6:20

───── **P** ─────
**P.A** 1:19
**p.m** 1:12,12
44:21 45:9
**page** 2:2 18:11
21:3 47:5
**pages** 18:10
**parallel** 36:8
**park** 1:7,13
24:15,18 25:3
37:6,15 38:12
38:17 45:12
47:1
**part** 9:23 13:19
14:7 28:18
29:3 40:3,16
**particular** 34:10
**particularly**
18:4 22:2
24:20
**parties** 46:15
**passed** 30:22
**pattern** 13:19
44:7
**paying** 42:6
**PCTA** 8:11
**peers** 7:20
**penalty** 47:19
**pending** 4:22
**people** 6:4,7 7:3

10:18 11:1
17:15,22 24:18
28:5 34:11
38:16 41:6,9
42:5
**perceptions** 21:2
**perfectly** 30:9
**perjury** 47:19
**Perry** 4:8
**person** 13:12
14:24 22:15
41:12
**personally** 9:6
45:9,20
**pet** 5:14,16,18
5:22,24 6:3,5
6:21 17:22
**phone** 11:8,9
22:14,17 31:25
**physical** 29:12
**physically** 29:15
**place** 1:7,13,13
43:23 45:12
47:1
**PLAINTIFF** 1:4
1:19
**planned** 16:17
**plans** 18:15,21
**please** 3:10 48:6
48:10
**point** 12:22
14:15 16:7,25
17:2 19:6 35:3
38:8
**police** 9:11
**polite** 28:7
**positive** 32:13
**possible** 19:5
**posture** 26:16
**pounds** 31:3
**practice** 29:5
31:13,18
**practiced** 31:15
31:17
**practicing** 29:12
41:19,20,21
**precursor** 26:16

**predatory** 41:8
**predictable**
38:20
**prefer** 9:6 44:19
**presence** 26:17
**present** 1:24
25:25 32:25
35:17
**presented** 27:7
43:24
**pretty** 8:19 10:9
16:8 25:5
**prevent** 14:5
**preventing** 29:4
**primarily** 10:1
35:19
**primary** 10:3
**prior** 6:17,20
11:16 20:10
40:21
**probably** 9:7
28:18 31:5
34:16,23 37:13
38:15,17 39:3
40:4
**problem** 16:21
17:4 26:9
28:16 43:25
**problems** 13:2
17:3 29:4
**procedures**
29:12
**PRODUCED**
45:20,21
**professional**
7:11,12,14 8:3
8:7,11
**prognosis** 10:23
**progress** 12:20
22:12
**provide** 13:10
20:16 44:12
**provided** 17:24
**public** 1:16
34:17 41:23
45:7 46:7
**pull** 42:14

**punches** 43:3
**purpose** 45:10
**push** 29:9
**pushed** 19:18
  20:2,14 21:5
**put** 11:12 28:11
  29:7
**putting** 16:15

**Q**

**question** 3:20,21
  4:7,11,14,15
  4:22,22 12:15
  19:19 26:1
  41:18 43:19
**questions** 4:1,6
  7:18 15:11
  23:12 40:8,9
  48:10
**quickly** 36:7
**quite** 18:18
  24:19 34:21
**quote** 19:16

**R**

**raise** 42:4
**random** 24:17
  37:17 44:1
**re-evaluate** 14:1
**reached** 22:12
  22:14
**react** 40:22 44:6
**reacted** 28:11
  38:1 39:6
**reacting** 29:14
**reaction** 16:19
  25:23 37:24
**reactive** 18:4
  20:5 42:24
  43:1,1
**reactivity** 42:23
**read** 11:15 44:11
  44:13,17,17,20
  47:20 48:8
**reading** 48:5
**realized** 22:22
**really** 6:25 7:1

7:17 8:3 10:15
  10:24,25 11:11
  12:12,14,23
  23:14,14,23
  26:1,9 28:4
  29:5 34:2,13
  34:18 36:7
  38:11 42:6
  43:16,18
**reason** 4:20
  19:25 25:5
  41:11,13 47:5
**reassess** 12:20
**recall** 14:11 15:1
  16:5 17:9
  34:25 38:23
**received** 2:7
  19:10 29:2
**recognition** 9:16
**recognize** 14:4
  15:7
**recognized** 8:8
**recognizing**
  35:12
**recollection**
  14:20
**recommending**
  25:18
**record** 3:10 4:3
**reference** 20:1
**referring** 15:13
**regard** 16:6 18:2
**regarding** 15:16
  16:1 18:13
  20:25 23:2
**regular** 29:6
**rehearsed** 29:15
**rehomed** 21:23
**rehoming** 21:20
**reinforcer** 33:9
**related** 46:15
**relates** 42:21
**relationship**
  10:18
**relative** 46:17
**relatively** 4:19
**relax** 16:12

**relaxation** 19:3
**relaxing** 17:10
**released** 43:12
**religiously** 43:20
**remember** 29:14
  36:8
**rephrase** 4:13
**report** 22:12
  28:22
**reported** 46:9
**reporter** 1:16,16
  2:12 3:18 4:3
  45:15 46:4,6,7
**Reporting** 48:6
**requested** 46:12
**require** 39:25
**required** 7:21
**residential** 38:13
**residents** 38:14
**resource** 13:15
**respond** 43:2
**Respondent/...**
  3:3
**rest** 40:4
**result** 33:16
**retail** 6:22,23
**retractable** 19:4
  19:6 25:18
  32:7 40:21
  44:4
**Retriever** 31:1
**return** 18:21
**review** 46:11
**reward** 27:15
  33:12,17
**rewarding** 27:19
**rewards** 42:15
  42:17
**right** 4:25 10:24
  11:16 13:5
  17:16 20:21
  21:25 24:7
  29:7 36:2,13
  40:21 42:11
  44:11,17
**Riley** 16:11
  22:23 30:22

**RIVER** 45:2
  46:2
**rules** 3:16
**run** 13:6 44:5

**S**

**Sadly** 8:21
**saw** 19:17 32:3
  32:10 39:13
**saying** 34:5
**says** 28:1,22
  34:6 43:4
**scale** 12:9
**scan** 16:13
**scared** 14:16
**scary** 20:6
**scenario** 13:10
**scheduled** 18:22
  48:7
**scribbled** 15:19
  15:20
**Seal** 45:16
**season** 38:14
**seasonal** 38:14
**SEBASTIAN**
  1:14
**second** 7:18
  21:22 29:1
**seconds** 28:15
**see** 10:24 11:11
  12:16,18 13:25
  16:13,18,25
  21:3 22:11,24
  26:10 29:6
  30:8 31:9
  37:10,11 38:18
  40:8 42:20
**seeing** 39:4
**seen** 33:4
**seizure** 9:14
**sent** 15:8 38:23
**separate** 41:10
**series** 13:18
**serious** 18:19
**services** 22:1
**session** 17:17
  18:13 27:23

28:17,18,20
  29:1,18,19
  34:9 35:16
  40:13
**sessions** 38:10
  43:18
**Shaking** 4:2
**share** 10:8
**she'll** 44:12
**SHEET** 2:13
  47:4
**shelter** 7:1
**shoots** 43:14,16
**short** 26:24
**shorter** 4:19
**Shorthand** 46:7
**show** 15:5,6 18:5
**showing** 11:14
  27:20 32:8,12
**side** 27:24,24
  42:14
**side-to-side**
  34:11
**sign** 27:17 28:12
  33:21,23
**signal** 27:10,20
**signals** 27:13
**signature** 45:18
  46:25 48:4,9
**signed** 45:17
  46:24 48:8
**signify** 39:19
**signing** 48:5
**signs** 14:4 27:17
  32:9,13 33:14
  42:2
**Similar** 25:10
  43:2
**simply** 9:10
**Sincerely** 48:12
**sister** 30:7
**sister-in-law's**
  30:7
**sit** 7:24 8:24
  32:16 42:15
**situation** 10:8
  11:4 13:2,22

13:22 18:19
situations 43:10
six 13:4 25:19,20
six-acre 25:4
skills 7:12,18,19
  7:24 41:21,24
Skype 22:6
slightest 41:13
slightly 33:8,21
small 18:4 32:7
  32:24 35:8
  36:4 41:8 42:2
  43:23 44:3
smaller 14:14
  16:21 17:3
  39:7
sniff 28:8
sniffed 27:12
sociable 34:13
sole 5:11
solving 29:3
somebody 14:16
  43:3
sons 21:24
sooner 35:13
sorry 41:16
sort 8:10,24 26:4
  33:18
sounds 5:1 8:23
  28:23
SOUTHERN
  1:1
speak 23:4
specialist 5:7
specific 25:1
  41:7,24
specifically 14:6
  16:5 17:9
  34:25
specifics 23:15
spoke 23:6
SS 45:1 46:1
Stacey 1:16 45:6
  45:15 46:6,23
  48:13
stage 19:5 34:20
  37:15 39:24

stand 42:19
standard 10:13
  10:16
staring 26:13
start 10:19
  34:20 42:9
started 34:6
  43:21
starts 11:8
state 1:16 3:9
  8:15 22:3,4
  45:1,7 46:1,7
stated 41:18
  47:20
states 1:1 18:3
  20:13
stating 33:19
status 38:5
stay 7:24 8:24
  29:16
staying 30:6
  32:2
stays 43:17
stenographica...
  46:9
stiff 27:7 42:4
stipulation 48:3
stood 27:9
stop 16:14
straight 26:14
street 1:20,22
  19:19 20:15
  34:14 36:14
  39:9 40:19
  42:15 43:3
stressors 13:23
study 15:9,21
  17:20
stuff 22:6 34:4
substance 44:14
subtle 42:3
succeed 29:17
successful 11:3
suggested 42:18
suggestions
  16:15
SUITE 1:22

summer 38:15
Sumner 1:10 3:2
  3:11,12 45:9
  46:9,11 47:2
  48:2
sure 4:13 7:4
  12:4 14:3
  24:16 34:5
  42:8 43:9
  44:15
surprise 22:20
surprised 30:8
SW 1:20
sweetheart
  41:14
sworn 3:4
symptoms 12:25
  13:1 14:4
_____
      T
tail 26:15
take 4:23 10:16
  12:5 32:16
  33:7,16 42:16
  42:16
taken 1:15 3:13
  39:15 46:16
  47:21 48:3
takes 43:12
talk 3:22 14:6
  23:15,19 33:25
talked 32:10
talking 3:23
TAMPA 1:23
tasks 8:5
teach 13:21
teaching 23:15
  41:25 42:1
technical 33:24
technicalities
  34:2
technique 31:17
techniques
  31:13,15 38:2
tell 10:10,13
  12:12 16:9
  23:8 29:1 32:4

37:3 40:12
ten 34:18
tend 32:8
tends 13:17
term 26:11
terms 23:23
territory 24:13
testified 3:5
testify 5:4
testimony 45:11
thank 6:10
theory 27:7,8
thereof 12:20
thing 3:20 4:21
  8:10,24 10:25
  28:14 41:2
  42:1 43:7,9
  44:1
things 12:19
  27:16 32:7
  35:10,14 36:7
  38:20 41:10
  42:7,9
think 4:11 7:7
  10:20 11:25
  13:9 14:9,16
  15:3 17:17
  22:15 23:18,23
  28:10 30:2,7
  32:9 34:9,12
  34:15 35:2,3,4
  35:11,24 37:9
  38:7 40:1
  41:11,13 43:22
thinking 21:20
third 18:11
thought 16:21
threat 41:6
three 8:6 32:21
  34:10 43:13
threshold 14:2
  39:21 43:17
tightly 44:3
time 1:12 3:14
  3:23 4:18
  10:22 12:12,14
  14:9 16:7,11

22:7 23:2 24:7
  25:8 28:23
  30:21 34:20
  37:2,13,20
  38:13 40:9,25
  41:14 42:10
  47:22 48:3
times 23:6 34:10
today 4:7 5:4
  23:20 40:14
today's 40:12
told 14:21 16:23
  18:6,7 20:22
  22:19
total 28:20
totally 44:1
town 22:23
trade 12:18
traditional
  34:11
train 6:5 12:6
  24:8 37:1,6
trainer 5:7 6:17
  6:18 7:9,11,12
  7:14 8:3,20
  10:25 33:25
  44:2
trainers 6:7 8:7
training 5:14,16
  5:19,21,22,24
  6:1,3,5,21 7:19
  7:22,23,23,23
  7:23 8:12,12
  8:23 9:4,7,13
  9:19 10:11,14
  12:5,22 13:11
  16:17 17:7
  19:10 22:5,25
  23:12 24:1,4
  26:25 29:2
  38:2,9 39:25
  40:2,3 43:18
transcript 44:11
  44:18 45:17
  46:11,24 47:21
transcription
  46:10 47:21

48:5
transition 38:18
traveling 22:4
Treasure 24:24
  25:2
treatment 13:5,7
  26:23 27:5
  33:12
tremendous
  38:15
trial 4:10
trigger 13:18
  32:8 36:10
triggers 13:23
  35:12
true 8:21 42:22
  46:10 47:20,21
truly 12:8
try 10:24 11:8
  11:15
trying 4:9 7:25
  8:2 12:15
  16:10 37:9
turn 18:9
twice 12:18
  32:15
two 6:8,11 13:3
  23:17 28:14
  30:23 32:7
  38:23 43:12
two-mile 32:3
  40:20
type 8:10 45:21
typically 11:24
  12:16
typing 3:22

**U**
U-turn 42:13
uh-huh 4:4 16:4
  31:8 35:9 39:8
  39:18
uh-uh 4:4 33:1
uncomfortable
  26:17
understand 4:12
  4:14 42:8

understanding
  19:21
understood 4:15
  43:10
unfortunately
  10:15 39:1
unit 9:11
UNITED 1:1
unlatched 21:10
use 4:1 26:11
  27:2 33:12
  41:22 42:15,17
usually 10:16
  11:8,20 12:13
  38:6

**V**
variety 12:9,12
vehicle 42:19
verbal 4:2
Vero 5:17 48:6
vicinity 30:18
video 7:19 39:5
  39:13,14 40:15
  40:17
videos 38:23,24
visit 24:8,13
visited 18:25
visual 42:19
vs 1:5 45:12 47:1

**W**
wait 3:21 33:20
  33:22
waive 44:17
waiver 48:4
walk 27:23
  32:19 34:14
  36:8,11 37:17
  40:17 42:5
walked 19:7,12
  28:9,15 30:3
  31:16 32:3,14
  32:17 37:21
  40:19,20,23,24
walking 28:6
  29:11 35:22

39:7 40:19
42:5 43:2
want 18:8 24:15
  34:3,5,5,14
  37:8,10 39:21
  43:4,4 44:20
wanted 8:20
  16:14 21:20
  22:24 41:22
  42:8 43:9
wanting 32:13
wasn't 21:7
  32:12 36:13
way 8:2 11:2
  12:17 17:2
  23:14 26:14
  28:4 29:9
  32:10,13 34:11
  42:13
we'll 4:23
we're 34:17
we've 12:23 13:5
  13:6
week 12:17,19
  18:23 19:14
  31:24 32:23
  35:7 38:9,18
  43:19
weekly 31:21
weeks 43:13
went 5:21 14:23
  18:25 24:7
  32:1,19 35:10
  36:7,19 40:17
weren't 18:14
  35:23
WEST 1:13
white 26:2 40:15
wide 12:9
willing 27:20
witness 3:3,6
  44:20 47:2
woman 35:5
words 13:4,10
  41:5
work 5:8 6:4
  10:1 12:13

18:17 36:22
38:7
worked 16:10
  17:10 29:10,10
  34:6 43:5
working 43:21
worse 7:2
worst 28:4
wouldn't 18:8
  32:16 37:13
  39:4 42:16
write 4:4
writing 3:18
  15:15 34:4
written 7:17
  15:3
wrong 11:20
  33:19
wrote 44:16

**X**
X 2:1 45:20

**Y**
yards 34:6
yawned 27:12
yeah 14:12 23:3
  25:4,21 26:5
  26:24 33:18
  39:16
year 5:20 6:2
  22:10 37:14
  38:13
years 5:20,25
  6:15,22 34:18
  44:2
yelling 43:8
Yep 4:24

**Z**

**0**

**1**
1:40 1:12 44:21
1001 1:13
12 45:17
12:50 1:12 45:8

13 1:11 48:3
13th 45:8
14 15:4
15 5:20,24 6:15
  44:2
15th 48:6
16 18:14 19:13
16th 18:24 35:7
  35:16,21 37:21
  37:23
1701 1:22

**2**
2:17-CV-1405...
  1:2
20 34:23 47:23
2016 14:10 15:4
  16:2 18:14
  19:13 20:10
2017 1:11 22:13
  24:1 37:16
  45:8 46:20
  48:1,3,9
2020 45:17
20th 1:22 24:9
  24:10 29:18
  31:20
2143 48:6
22nd 46:20
23 48:1,9
2335 5:17
23rd 35:24 36:1
  37:21,23
25 6:22
250 7:17
27 41:15,16,17
27th 29:25 31:6
  31:16 41:19
  43:9
2nd 31:16,19
  32:1,18

**3**
3 2:3
30 6:22 28:19
  34:6 37:16
30th 36:15

**32608** 1:20
**32958** 1:14
**32966** 5:17
**33605** 1:23
**35-pound** 26:2

**4**

**4/20/17** 24:12
**4/27/17** 28:23
**40** 2:4
**45** 2:11
**45TH** 1:20
**46** 2:12
**47** 2:13
**48** 2:14
**4804** 1:20

**5**

**5/2** 30:4
**500** 7:21
**55** 31:3

**6**

**7**

**8**

**81st** 5:17

**9**

**9th** 32:24 34:25
  39:16,17