UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-14056-CIV-ROSENBERG/MAYNARD

GEORGE FRIEDEL,

    Plaintiff,

v.

PARK PLACE COMMUNITY, LLC,

    Defendant.

_____/



FILED by _____ D.C.

OCT 0 5 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

ORDER ON
**MOTION TO APPEAR PRO HAC VICE, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING (DE 83)**

**THIS CAUSE** comes before this Court upon the above Motion. There, in accordance with Local Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, the Defendant and its counsel of record, Brian C. Chase, Esq., request that James J. Parks, Esq., be permitted to appear as co-counsel in this case. Mr. Parks certifies his good standing with other state and/or federal Bars and his study of the Local Rules for the Southern District of Florida. Having reviewed the Motion and attachments, noting that the appropriate filing fee was paid, it is hereby,

**ORDERED AND ADJUDGED** that the Motion (DE 83) is **GRANTED**. Mr. Parks is permitted to appear as counsel in this matter on the Defendant's behalf. It is further,

**ORDERED AND ADJUDGED** that counsel's request, made pursuant to Section 2B of the CM/ECF Administrative Procedures, to receive

Notices of Electronic Filing is **GRANTED**. The Clerk of Court shall permit Mr. Parks to receive NEF's at the email address: jparks@jaffelaw.com.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 5th day of October, 2017.

_____
SHANIEK M. MAYNARD
UNITED STATES MAGISTRATE JUDGE